JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 97–8412 (A–711). JONES v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 97–8413 (A–712). JONES v. CROSBY, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. 

No. 96–8926. CARSON v. CHARTER MEDICAL, 522 U. S. 827;

No. 97–365. BRANDT v. SHOP 'N SAVE WAREHOUSE FOODS, INC., 522 U. S. 1075;

No. 97–404. FISHER v. VASSAR COLLEGE, 522 U. S. 1075;

No. 97–499. FELTMANN v. SIEBEN, INC., DBA PLAZA MOTORS, 522 U. S. 1075;

No. 97–602. BANKS v. UNITED STATES, 522 U. S. 1075;

No. 97–817. MARTIN v. GOODYEAR AUTO SERVICE CENTER, 522 U. S. 1077;

No. 97–5757. GRAVETTE v. UNITED STATES, 522 U. S. 999;

No. 97–5823. JORDAN v. UNITED STATES, 522 U. S. 923;

No. 97–6082. GAITHER v. FRENCH, WARDEN, 522 U. S. 1053;

No. 97–6277. MONROE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 1003;

No. 97–6472. MOORE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., 522 U. S. 1078;

No. 97–6486. RODRIGUEZ v. WATTS ET AL., 522 U. S. 1032;

No. 97–6567. AKPAETI v. FLORIDA DISTRICT COURT OF APPEAL, THIRD DISTRICT; and AKPAETI v. TERRANOVA CORP., 522 U. S. 1092;

No. 97–6626. POOLE v. WHITEHURST ET AL., 522 U. S. 1057;

No. 97–6682. DENNEY v. JONES, 522 U. S. 1059;

No. 97–6696. SIMMONS v. GTE NORTH, INC., ET AL., 522 U. S. 1059;

No. 97–6701. VICENTE-GUZMAN v. IMMIGRATION AND NATURALIZATION SERVICE, 522 U. S. 1059;

No. 97–6724. CEDILLO v. UNITED STATES, 522 U. S. 1060;

No. 97–6762. AKPAETI v. KENTUCKY, 522 U. S. 1080;

No. 97–6773. PORTER v. GILMORE, WARDEN, 522 U. S. 1093;

No. 97–6792. McCOY v. UNITED STATES, 522 U. S. 1035;

No. 97–6837. TYLER v. SCOTT, FORMER DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., 522 U. S. 1093;

No. 97–6842. BANOS v. JOH ⸯⸯN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 522 U. S. 1093;

No. 97–6894. DARNE v. WEBER, 522 U. S. 1094;

No. 97–7020. SOLIS v. UNITED STATES, 522 U. S. 1082;

No. 97–7028. DARNE v. WISCONSIN ET AL., 522 U. S. 1096;

No. 97–7055. PALMER v. CIRCUIT COURT OF ILLINOIS, COOK COUNTY, 522 U. S. 1096; and

No. 97–7265. CROPP ET AL. v. UNITED STATES, 522 U. S. 1098. Petitions for rehearing denied.

No. 97–832. HINES v. CALIFORNIA, 522 U. S. 1077. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

MARCH 24, 1998

No. 97–8435 (A–715). GRIFFIN-EL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

MARCH 25, 1998

No. 97–8386 (A–703). WATKINS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.